**Aremio Aguilar RUIZ, Petitioner,**

**v.**

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 06–73235.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 18, 2006 *.

Filed Dec. 21, 2006.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Anthony D. Agpaoa, Law Office of Anthony D. Agpaoa, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

## MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioner's motion to reopen to the Board of Immigration Appeals (BIA) dated April 13, 2006, was untimely as it was filed after 90 days of the BIA's final order dated September 9, 2004, and does not present any exceptions to the 90 day limitation. *See* 8 C.F.R.

** This disposition is not appropriate for publication and may not be cited to or by the

§§ 1003.2(c)(2), (3)(i–iv). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

